AP-77,051
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 10/16/2015 3:39:08 PM
Accepted 10/16/2015 3:46:42 PM
ABEL ACOSTA
CLERK

NO. AP-77,051

IN THE COURT OF CRIMINAL APPEALS OF TEXAS
AT AUSTIN, TEXAS

WARREN D. RIVERS,,
*Appellant,*

Vs.

THE STATE OF TEXAS,
*Appellee.*

On Appeal from
228TH Judicial District Court of Harris County, Texas,
**Trial Court Cause No. 475122**

**APPELLANT'S MOTION FOR EXTENSION IN TIME
TO FILE APPELLANT'S BRIEF**

TO THE HONORABLE JUSTICES OF THE
COURT OF CRIMINAL APPEALS OF TEXAS:

Appellant, Warren D. Rivers, by and through counsel of record, Patrick F. McCann, respectfully moves this Honorable Court to GRANT Appellant's Motion for Extension in Time, and allow Appellant ninety (90) additional days, up to and including Wednesday, January 13, 2016, in which to file Appellant's Brief in this matter. In support of such motion, Appellant would show the Court the following:

(1) The current deadline for filing Appellant's brief is Friday, October 16, 2015.

(2) Appellant's counsel seeks an additional ninety (90) days, up to and including Wednesday, January 13, 2016, in which to prepare Appellant's brief in this matter.

(3) This is a retrial on a capital case where a sentence of death was imposed. The record and exhibits are volumous. Further, the issues in Appellant's appeal are complex. Given the size of the record, as well as the number and the complexity of the issues that require briefing, additional time is necessary for a full and fair defense of Mr. Rivers.

(4) Further, the undersigned attorney, who is a solo practioner, has been engaged in the following:

(A) In *Norris v. Stephens*, No. 15-70010, a complex federal habeas **appeal/cross-appeal** involving a grant of relief with respect to a death sentence, counsel has prepared numerous briefs, reply briefs, applications for certificate of appealability, and replies to the State's opposition to issuance of the certificate which which is due on October 13, 2015 and which has involved a considerable amount of original research.

(B) In *Johnson v. Stephens*, No. 15-6401, a death penalty case, counsel prepared and filed a petition for writ of certiorari that was docketed in the United States Supreme Court on October 5, 2015.

(C) Counsel sponsors to this Court that he is the lead attorney in six death penalty cases that are in various stages of the state and

federal habeas and appellate process that require counsels attention.

(D)     In *USA v. Kibert*, No. H-14-CR-204, counsel is preparing for a multi-defendant federal fraud trial involving a multi-national organized crime group. The case has required a considerable amount of investigation, conferences with counsel for the co-defendant's, and trial preparation.

(E)     In *State v. Hieden*, counsel has been engaged in investigation and pretrial preparation in a capital case arising out of Montgomery County in which the State is expected to announce its intention to seek the death penalty.

(F)     Counsel prepared and filed a brief in *Villasenor v. State*, No. 14-15-255-CR which was due on October 9, 2015.

(G)     Counsel is preparing for an aggravated assault trial set to begin in Fort Bend County in mid-November.

(H)     Counsel will be out of the Office on October 15, 2015 to conduct interviews with incarcerated clients in the state prison system.

(5)     Appellant's counsel has sought and received two prior extensions in time in which to file Appellant's brief in this matter.

(6)     This extension is not sought for purposes of undue delay or to harass and vex, but to protect Appellant's rights in this matter and to ensure he has his day in court. *Coleman v. Alabama*, 377 U.S. 129, 133 (1964) (defendant "entitled to have his day in court").

## CONCLUSION AND PRAYER

WHEREFORE, PREMISES CONSIDERED, Appellant prays that this Honorable Court will, in all things, **GRANT** this Extension in Time to File Appellant's Brief, allowing Appellant ninety (90) additional days, up to and including Wednesday, January 13, 2016, in which to file his brief in this matter, and that the Court further **GRANT** any additional relief to which the Appellant may be justly entitled.

DATED this 14th day of October, 2015.

Respectfully Submitted,

/s/  *Patrick F. McCann*

State Bar No. 00792680
Law Office of Patrick F. McCann
Suite 205, Rice Hotel
909 Texas Avenue
Houston, Texas 77002
(713) 223-3805
eFax:

**Counsel of Record for the Appellant**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foreging **APPELLANT'S MOTION FOR EXTENTION IN TIME TO FILE APPELLANT'S BRIEF** has been duly served upon counsel representing the State of Texas in this matter by either Hand Delivery, Prepaid United States Mail, E-mail, or through this Court's Electronic Filing System on this 14th day of October, 2015, addressed as follows:

Allen Curry, Esq.
Assistant District Attorney
Harris County, Texas
1201 Franklin, Sixth Floor
Houston, Texas 77002
E-mail:

State Prosecuting Attorney
P. O. Box *****, Capital Station
Austin, Texas 78711

/s/ *Patrick F. McCann*

**Counsel for the Appellant**